ARTHUR W. SMITH et al., Respondents, *v.* LONDON ASSURANCE CORPORATION, Appellant.

*Smith* v. *London Assur. Corpn.*, 114 App. Div. 868, appeal dismissed.
(Submitted October 8, 1906; decided October 16, 1906.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial

department, entered July 24, 1906, which reversed an order of Special Term granting a motion for a compulsory order of reference.

The motion was made upon the grounds that the papers served were defective and that permission to appeal had not been obtained.

*McFarland, Taylor & Costello* for motion.

*Willard Parker Butler* opposed.

Motion granted and appeal dismissed, with costs.